UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARIA FOWLER, | ) | No. CV 08-1474 FFM |
| Plaintiff, | ) | JUDGMENT OF REMAND |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated September 28, 2009.

DATED:   September 28, 2009

　　　　　　　　　　　　　　　 /S/ FREDERICK F. MUMM
　　　　　　　　　　　　　　　 FREDERICK F. MUMM
　　　　　　　　　　　　　　　 United States Magistrate Judge