**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for **MARIA FOWLER**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA FOWLER,<br><br>　　Plaintiff,<br><br>　　v<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | No. CV 08-1474 FFM<br><br>ORDER AWARDING EAJA FEES AND COSTS |

Based upon the parties' Stipulation for Award of EAJA Fees and costs ("Stipulation"),

IT IS ORDERED that counsel for Plaintiff, as assignee of the Plaintiff, is awarded attorney fees under the Equal Access to Justice Act in the amount of THREE THOUSAND FIVE HUNDRED DOLLARS and NO CENTS ($3,500.00) and costs in the amount of THREE HUNDRED SIXTY EIGHT DOLLARS and EIGHT-FOUR CENTS ($368.84), as authorized by 28 U.S.C. §§ 1920 and 2412(d), and subject to the terms of the Stipulation.

Dated: 03/17/10

　　　　　　　　　　　　　　/s/ Frederick F. Mumm

　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1